UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RASHAN WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0224 c/w** |
| | **06-0344** |
| **BURL CAIN, WARDEN** | **SECTION "A"(6)** |

## REPORT AND RECOMMENDATION

The State has filed with this court a motion to dismiss for failure to state a claim on the ground that petitioner, in Civil Action No. 06-0344 "A"(6), "fails to state any grounds or claims upon which petitioner is basing his Petition." Movant explains:

> On Page 5 of the Petition filed [in Civil Action No. 06-0344], which is the section in which petitioner is required to list the grounds upon which he his [sic] seeking relief, petitioner merely states "See Petition". There were no attachments filed with the Petition for Writ of Habeas Corpus, and accordingly, no grounds or facts raised in the Petition in order to support petitioner's claim.[1]

This court, however, pursuant to petitioner's unopposed motion, consolidated Civil Action No. 06-0344 "A"(6) with Civil Action No. 06-0244 "A"(6) (rec. doc. # 16), and petitioner has filed, in the consolidated case, a "Supplemental Petition to the Original Petition for Writ of Habeas Corpus, Pursuant to Title 28 U.S.C. § 2254" (rec. doc. # 26), wherein he raises six claims for habeas corpus relief; Accordingly;

---

[1] *See* Federal rec., doc. # 22, p. 2.

**IT IS HEREBY RECOMMENDED** that the instant motion to dismiss based upon petitioner's alleged failure to raise any claims in connection with Civil Action No. 06-344 "A"(6), be **DENIED.**

**IT IS FURTHER RECOMMENDED** that the State be ordered to file, within 60 days of the entry of the district court's corresponding Order, a response to petitioner's "Supplemental Petition to the Original Petition for Writ of Habeas Corpus, Pursuant to Title 28 U.S.C. § 2254".

New Orleans, Louisiana, this 22nd day of May, 2007.

_____
LOUIS MOORE, JR.
United States Magistrate Judge