**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RASHAN WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0224 c/w** |
| | **06-0344** |
| **BURL CAIN, WARDEN** | **SECTION "A"(6)** |

### ORDER

The Court, having considered this matter, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the State's motion to dismiss based upon petitioner's alleged failure to raise any claims in connection with Civil Action No. 06-344 "A"(6), is **DENIED.**

**IT IS FURTHER ORDERED** that the State file, within 60 days of the entry of this Order, a response to petitioner's "Supplemental Petition to the Original Petition for Writ of Habeas Corpus, Pursuant to Title 28 U.S.C. § 2254".

June 14, 2007

_____
UNITED STATES DISTRICT JUDGE