UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RASHAN WILLIAMS**                                        **CIVIL ACTION**

**versus**                                                 **NO. 06-0224**
                                                           **c/w 06-0344**

**BURL CAIN, WARDEN**                                      **SECTION: "A" (6)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petitions of **Rashan Williams** for *habeas corpus* relief are **DISMISSED WITH PREJUDICE**.

May 6, 2009

_____
UNITED STATES DISTRICT JUDGE