# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 19, 2010

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Rashan Williams
v. Burl Cain, Warden
No. 09-9117
(Your No. 09-30470)

CV06-224-A

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

[Stamps: U.S. Court of Appeals RECEIVED APR 23 2010 NEW ORLEANS, LA; U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED APR 30 2010 LORETTA G. WHYTE CLERK; U.S. COURT OF APPEALS FILED APR 27 2010 FIFTH CIRCUIT LYLE W. CAYCE, CLERK]

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 27, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-30470, Rashan Williams v. Burl Cain, Warden
        USDC No. 2:06-CV-224
        USDC No. 2:06-CV-344

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charlene A. Vogelaar, Deputy Clerk
504-310-7648